## Hutchins v. Merrill.

Submission of controversy between Waldo Hutchins and another, residuary legatees under the last will of Eli Merrill, deceased, and the executors of said will concerning the provisions of the will, the plaintiffs claiming that a certain accumulation of rents in the hands of the executors belonged to the residuary estate.

*Waldo Hutchins,* for plaintiffs.

*Edgar M. Cullen,* for defendants.

Tappen, J.

The opinion held that as it did not appear that any estate would reach the residuary legatees, judgment should be given for defendant.

*Judgment accordingly.*